Michael Montaque,
Reg. No. 58215-037
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

RECEIVED

SEP - 1 2022

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Michael Montaque,
    Plaintiff,

      v.

United States of America,

    Defendant.

No. _____

**VERIFIED COMPLAINT
BY PRISONER**

## I.  JURISDICTION

Jurisdiction of this Court, over the United States of America is invoked pursuant to 28 U.S.C. §1346; Federal Tort Claims Act.

## II.   PARTIES

1.  Plaintiff, Michael Montaque, at all relevant times was incarcerated at Federal Correctional Institution - Fairton, New Jersey.

2.  Defendant, United States of America, at all relevant times employed staff at Federal Correctional Institution - Fairton, New Jersey.

## III.   PREVIOUS LAWSUITS

3.  Plaintiff has no previously filed suits.

## IV.   ADMINISTRATIVE REMEDIES

4.   Plaintiff has fully exhausted his Administrative Remedies through Administrative claim No. TRT-NER-2021-05739. The Tort Claim was denied on March 31, 2022.

## V.   RELEVANT FACTS

5.   On October 9, 2020 while in an area 100% accessible to inmate Plaintiff fell of the ledge underneath the stairs in Delta-Right housing unit.

6.   The ledge is 39 and 3/4 inches above the floor below and has no safety railing nor yellow marking or edge protection.

7.   The fall resulted in 2 fractures of Plaintiff's right distal radius and a fracture of his right ulna.

8.   These 3 fractures required ORIF surgery with hardware placement.

9.   The injury has resulted in a 20% reduction in hand mobility, arthritis and additional issues which were not present preceding the fall.

## CAUSE OF ACTION

A.   Negligence of the United States in violation of New Jersey law.

  i.   18 U.S.C. §4042 establishes that the United States has a duty to provide suitable quarters and provide for the safekeeping, care and subsistance of all persons charged with or convicted of an offense against the United

States.

ii. The United States breached its duty when it failed to install railings, yellow markings, or edge protection on a 39 and 3/4 inch ledge underneath the stairs in Delta-Right housing unit which is 100% accessible to all inmates.

iii. The United Stat .' breach of duty was the proximate cause of Plaintiff's 2 fractures of the right distal radius and fracture of the ulna.

iv. As a result Plaintiff underwent ORIF surgery with hardware placement, experiences a 20% reduction in hand mobility, arthritis and additional issues.

## VI.   RELIEF REQUESTED

WHEREFORE, Plaintiff requests that this Court grant the following relief:

10.   Declare that Defendant, United States, by and through its employees, violated New Jersey law against Negligence.

11.   Award compensatory damages in the amount of $80,000 against Defendant, United States.

12.   Award costs associated with the filing and prosecution of this suit.

13.   Award any other relief this Court deems just and proper.

## VII.   VERIFICATION

14.   I, Michael Montaque, Plaintiff, verify the facts stated in this complaint are true and correct to my knowledge, and that the facts stated on information and belief are true and correct to the best of my knowledge and belief.

_Michael Montague_

Date: 8-29-22 _____, 2022

Michael Montaque


Respectfully submitted,

_Michael Mont_

Date: 8-29-22 _____, 2022

Michael Montaque

Michael Montague 58215-037
FCI Fairton
P.O. Box 420
Fairton, N.J. 08320

SOUTH JERSEY NJ  080

30 AUG 2022  PM 4  L

FOREVER / USA

U.S. District Court

Fourth And Cooper Streets

Camden N.J. 08101

08101-999955